IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

-------------------------------------------------x
New York Diagnostic Medical Care P.C.,

        Plaintiff,

-against-

GEICO Casualty Insurance Co.,

        Defendant.
-------------------------------------------------x

Case No.: 1:14-cv-05498-SJ-RER

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned as attorneys for the parties herein that the above-caption action is voluntarily dismissed, with prejudice, as against GEICO Casualty Insurance Co., Pursuant to F.R.C.P. 41(a)(1)(A)(ii). Facsimile or electronic signatures shall be deemed originals for purposes of filing.

Dated: January 5, 2015

LAW OFFICE OF AMOS WEINBERG

By: _____
Amos Weinberg, Esq.
49 Somerset Drive South
Great Neck, New York 11020
(516) 829-3900

*Counsel for Plaintiff, New York Diagnostic Medical Care, PC*

RIVKIN RADLER LLP

By: _____
Barry I. Levy, Esq.
926 RXR Plaza
Uniondale, New York 11556
(516) 357-3000

*Counsel for Defendant, GEICO Casualty Co. s/h/a GEICO Casualty Insurance Co.*